# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ruth B. Laforteza | § | Case No. 12-48974 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on April 16, 2014 in courtroom 744 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld _____
                                                                              Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Ruth B. Laforteza | § | Case No. 12-48974 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 70,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 6,750.00 | $ 0.00 | $ 6,750.00 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 3,876.00 | $ 0.00 | $ 3,876.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 10,626.00 |
| Remaining Balance | $ | 59,374.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,111.92  have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $             16,419.03 | $             0.00 | $             14,745.65 |
| 2 | N. A. Capital One Bank (Usa) | $             27,317.79 | $             0.00 | $             24,533.65 |
| 3 | Lvnv Funding, Llc Its Successors And Assigns As | $             22,375.10 | $             0.00 | $             20,094.70 |

Total to be paid to timely general unsecured creditors $             59,374.00

Remaining Balance $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  Deborah M. Gutfeld

Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-48974-ERW
Ruth B. Laforteza                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun          Page 1 of 2          Date Rcvd: Mar 13, 2014
                             Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2014.
db           +Ruth B. Laforteza,    7460 W. Catalpa Ave.,    Chicago, IL 60656-1782
19811411     +Advocate Health Care- Unsecured,    P.O. Box 23860,    Belleville, IL 62223-0860
19811409      Bank of America- Unsecured,    P.O. Box 15019,    Wilmington, DE 19850-5019
19811404     +Blatt Hasenmiller Leibsker & Moore- Unsecured,    125 S. Wacker Dr.,    Chicago, IL 60606-4424
19811408     +Blitt and Gaines, P.C.- Unsecured,    661 Glenn Ave.,    Wheeling, IL 60090-6017
20180414      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19811413      Capital One Bank, N.A.- Unsecured,    PO Box 71083,    Charlotte, NC 28272-1083
19811396     +CitiMortgage- Secured,    P.O. Box 689196,    Des Moines, IA 50368-9196
19811393     +Debtor:   Ruth B. Laforteza,   Address:   7460 W. Catalpa Ave.,    Chicago, IL 60656-1782
19811406     +Discover Card- Unsecured,    P.O. Box 6103,    Carol Stream, IL 60197-6103
19811407     +EIS Collections- Unsecured,    P.O. Box 1370,    Reynoldsburg, OH 43068-6370
19811397      FIA Card Services, N.A.- Unsecured,    P.O. Box 15019,    Wilmington, DE 19850-5019
19811402     +HSBC Bank Nevada, N.A.- Unsecured,    P.O. Box 2013,    Buffalo, NY 14240-2013
19811412     +Mayan Resorts- Unsecured,    P.O. Box 56369,    Houston, TX 77256-6369
19811405      Midwest Center for Sight- Unsecured,    8901 W. Golf Rd.,Ste. 300,    Des Plaines, IL 60016-4029
19811410      Nationwide Credit, Inc.- Unsecured,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
19811403      Stellar Recovery, Inc.- Unsecured,    1327 Hwy. 2W, Ste. 100,    Kalispell, MT 59901-5721
19811400     #+The Brachfeld Law Group, PC- Unsecured,    880 Apollo St., Ste. 155,    El Sugundo, CA 90245-4783
19811401      U.S. Department of Education- Unsecured,    P.O. Box 5609,    Greenville, TX 75403-5609
19811398      Weltman, Weinberg & Reis- Unsecured,    323 W. Lakeside Ave., Ste. 200,    Cleveland, OH 44113-1099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19811414      +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 14 2014 02:29:34
               Alliance One Receivables- Unsecured,    4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
19811394      +E-mail/Text: sebgado@gmail.com Mar 14 2014 02:29:50     Attorney: Steven E. Barleben,
               Address:   3830 N. Ashland Ave.,    Chicago, IL 60613-2708
20116090       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 14 2014 02:42:17     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20492072       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2014 02:47:09
               LVNV Funding, LLC its successors and assigns as,    assignee of FIA Card Services, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
20730979       E-mail/PDF: rmscedi@recoverycorp.com Mar 14 2014 02:47:24
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                         TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19811392       Creditor Matrix
19811395       Creditors:
19811399     ##Bank of America- Unsecured,    P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                     TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2014                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: mrahmoun           Page 2 of 2             Date Rcvd: Mar 13, 2014
                             Form ID: pdf006           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2014 at the address(es) listed below:
          Charles R. Gibbs, Jr.   on behalf of Trustee Deborah Michelle Gutfeld cgibbs@perkinscoie.com,
           docketchi@perkinscoie.com
          Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Jordan  Galassie    on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
           nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven E Barleben    on behalf of Debtor Ruth B. Laforteza sbarleben@msn.com
                                                                                        TOTAL: 5