**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ruth B. Laforteza | § | Case No. 12-48974 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 140.00<br>*(Without deducting any secured claims)* | Assets Exempt: 344,104.00 |
| Total Distributions to Claimants: 59,374.00 | Claims Discharged<br>Without Payment: 6,737.92 |
| Total Expenses of Administration: 10,626.00 | |

3) Total gross receipts of $ 70,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 70,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,626.00 | 10,626.00 | 10,626.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 66,111.92 | 66,111.92 | 59,374.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 76,737.92 | $ 76,737.92 | $ 70,000.00 |

4) This case was originally filed under chapter 7 on 12/13/2012 . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2014 By:/s/DEBORAH M. GUTFELD
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7460 W. Catalpa Ave., Chicago, IL | 1110-000 | 70,000.00 |
| TOTAL GROSS RECEIPTS | | $ 70,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | 2100-000 | NA | 6,750.00 | 6,750.00 | 6,750.00 |
| Perkins Coie LLP | 3110-000 | NA | 3,876.00 | 3,876.00 | 3,876.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 10,626.00 | $ 10,626.00 | $ 10,626.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | NA | 16,419.03 | 16,419.03 | 14,745.65 |
| 3 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 22,375.10 | 22,375.10 | 20,094.70 |
| 2 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 27,317.79 | 27,317.79 | 24,533.65 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 66,111.92 | $ 66,111.92 | $ 59,374.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Case No: 12-48974 ERW Judge: Eugene R. Wedoff

Case Name: Ruth B. Laforteza

For Period Ending: 08/14/2014

Trustee Name: DEBORAH M. GUTFELD

Date Filed (f) or Converted (c): 12/13/2012 (f)

341(a) Meeting Date: 02/07/2013

Claims Bar Date: 05/24/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7460 W. Catalpa Ave., Chicago, IL | 170,000.00 | 40,727.00 | | 70,000.00 | FA |
| 2. Cash (u) | 20.00 | 0.00 | | 0.00 | FA |
| 3. CP FCU Acct. - Chicago, IL (u) | 90.00 | 90.00 | | 0.00 | FA |
| 4. CP FCU Cking Acct. - Chicago, IL | 106.00 | 0.00 | | 0.00 | FA |
| 5. CME CU Cking Acct. - Chicago, IL | 228.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel (u) | 500.00 | 0.00 | | 0.00 | FA |
| 8. Watch, earrings | 200.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance Policy (u) | 244.00 | 0.00 | | 0.00 | FA |
| 10. Chicago Def. Comp. Plan - Chicago, IL | 188,930.00 | 0.00 | | 0.00 | FA |
| 11. MEABF Retirement Fund | 135,541.00 | 0.00 | | 0.00 | FA |
| 12. Mayan Resorts Timeshare - Houston, TX | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1996 Honda Accord auto | 1,885.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $499,244.00 | $40,817.00 | | $70,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on June 30, 2014.

Initial Projected Date of Final Report (TFR): 12/31/2014 Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-48974
Case Name: Ruth B. Laforteza

Taxpayer ID No: XX-XXX1046
For Period Ending: 08/14/2014

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Associated Bank
Account Number/CD#: XXXXXX7874
Checking
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | 1 | Ruth B. Laforteza<br>7460 W. Catalpa Ave.<br>Chicago, IL 60656-1782 | | 1110-000 | $70,000.00 | | $70,000.00 |
| 04/16/14 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,750.00 | $63,250.00 |
| 04/16/14 | 102 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,876.00 | $59,374.00 |
| 04/16/14 | 103 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 89.81 % per court order. | 7100-000 | | $14,745.65 | $44,628.35 |
| 04/16/14 | 104 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 89.81 % per court order. | 7100-000 | | $24,533.65 | $20,094.70 |
| 04/16/14 | 105 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Fia Card Services, N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 3 representing a payment of 89.81 % per court order. | 7100-000 | | $20,094.70 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $70,000.00 | $70,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $70,000.00 | $70,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $70,000.00 | $70,000.00 |

| Page Subtotals: | $70,000.00 | $70,000.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7874 - Checking | $70,000.00 | $70,000.00 | $0.00 |
| | $70,000.00 | $70,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $70,000.00 |
| Total Gross Receipts: | $70,000.00 |

Page Subtotals: $0.00 $0.00